Opinion issued June 3, 2021



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00588-CV

———————————

## IN RE COMMITMENT OF JOHN PALMER, Appellant

---

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Case No. 1584989**

---

### MEMORANDUM OPINION

Appellant John Palmer was charged with the felony offense of retaliation. On June 30, 2020, after determining that appellant was incompetent to stand trial, the trial court issued an "Order of Initial Commitment" ordering appellant committed to and confined to a mental health facility or residential care facility for a period not to exceed 120 days pursuant to Subchapter D, Article 46B.073 of the

Texas Code of Criminal Procedure. On July 22, 2020, Appellant filed a notice of appeal challenging the trial court's order of temporary commitment.

The legislature has not provided a mechanism for appeals, interlocutory or otherwise, from a Subchapter D temporary commitment order. *Queen v. State*, 212 S.W.3d 619, 622 (Tex. App.—Austin 2006, no pet.) (dismissing interlocutory appeal holding appellate court lacked jurisdiction over appeal from Article 46B.073 temporary commitment to mental health facility); *Johnson v. Hays County Dist. Attorney's Office*, No. 03-16-00293-CV, 2016 WL 3391441, at *1 (Tex. App.—Austin June 17, 2016, no pet.) (mem. op.) (same). We thus lack jurisdiction over this appeal.

We dismiss the appeal for lack of jurisdiction. TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.